**RECEIVED**
JUL 0 5 2017
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Rachel Eta Hill,

          Plaintiff,

Vs.

Shakopee Mdewakanton Sioux Community, DBA SMSC Gaming Enterprise,

          Defendant.

Case No. 17-cv-1300 (PJB/LIB)

**RACHEL ETA HILL'S AMENDED MOTION TO STRIKE AND JOINING MOTION TO DISMISS**

---

Please take notice that the Plaintiff, Rachel Eta Hill moves the United States District Court, District of Minnesota, for an Order Striking the Defendant's Motion to Dismiss under Rule 12(f). Plaintiff joins this motion with a Motion to Dismiss under Rule 12(b)(6), pursuant to Rule 12(g)(1). Plaintiff files this Amended Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. A Memorandum of Law in support of this Amended Motion and an Index of Exhibits are filed herewith.

Dated: July 5, 2017

/s/ Rachel Eta Hill
Rachel Eta Hill
rachelhill@ucla.edu
2751 Hennepin Avenue South #71
Minneapolis, MN 55408
Telephone: (320) 364-3194



**SCANNED**
JUL 0 5 2017
U.S. DISTRICT COURT MPLS